# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DIAMOND JENKINS-RAYBORN, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:25-cv-02100-SHL-tmp |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Pro Se Complaint (ECF No. 1), filed January 30, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with Prejudice Between Plaintiff and Defendant Experian Information Solutions, Inc. (ECF No. 30), filed January 2, 2026, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

January 6, 2026
Date